COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Araceli Zapata d/b/a El Super, Veljaco Corp., Inc, d/b/a EL Meat Market & Taqueria and Carmen Gloria Veljanovich v. Clear Creek Independent School District, et al.

Appellate case number:     01-16-00436-CV

Trial court case number:    2013-04925

Trial court:               165th District Court of Harris County

On May 30, 2016, appellants, Araceli Zapata d/b/a El Super, Veljaco Corp., Inc, d/b/a EL Meat Market & Taqueria and Carmen Gloria Veljanovich, filed a notice of appeal from the trial court's final judgment, signed on February 19, 2016, in this property tax action. *See* TEX. R. APP. 26.1(a)(4). On August 9, 2016, appellees, City of Webster and Harris County, filed a motion to dismiss this appeal for want of prosecution because of appellants' alleged failure to pay for the filing and clerk's record fees, and obtaining the clerk's and reporter's records to be filed in this Court. *See* TEX. R. APP. P. 42.3(b).

However, appellants paid for the filing fee on July 19, 2016, and the clerk's and supplemental clerk's records were just filed in this Court on August 10, 2016. On August 10, 2016, the court reporter, Peggy Hershelman, filed an information sheet in this Court notifying the appellants that the substitute reporter, Jenine Redden, should be contacted about the reporter's record. On August 11, 2016, Jenine Redden filed an information sheet in this Court stating that the appellants have not yet contacted her about requesting and paying for the reporter's record.

Accordingly, appellees' motion to dismiss is **dismissed as moot** because the filing fee was paid, the clerk's records have been filed, and the correct reporter has just recently been identified.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                   ⊠ Acting individually
Date: August 16, 2016